IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAROMIR KOVARIK,** | : | CIVIL ACTION NO. 1:05-CV-2399 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CAVALRY PORTFOLIO SERVICES,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 17th day of April, 2006, upon consideration of defendant's motion (Doc. 7) to strike the amended complaint (Doc. 6), which added two new defendants, Andrew Zaro and Stephen Anderson, and it appearing that a responsive pleading to the original complaint has previously been served (see Doc. 3) and that plaintiff did not obtain leave of court or consent of defendants prior to filing the amended complaint, see FED. R. CIV. P. 15(a); L.R. 15.1, and that plaintiff has not filed a brief in opposition to the motion as of the date of this order, see L.R. 7.6 (providing that a party who fails to file a brief in opposition is "deemed not to oppose such motion"), it is hereby ORDERED that:

1. The motion (Doc. 7) to strike the amended complaint is GRANTED. See FED. R. CIV. P. 15(a); L.R. 15.1.

2. The amended complaint (Doc. 6) is STRICKEN from the record.

3. Andrew Zaro and Stephen Anderson are DROPPED as defendants in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　/s/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　United States District Judge